UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO. 19 CR 787 |
| STEVEN NGUYEN,<br>    Defendant. | § § § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1
### WIRE FRAUD

On or about March 8, 2019, in the Houston Division of the Southern District of Texas, the defendant,

**STEVEN NGUYEN**

did knowingly devise and intend to devise a scheme and artifice to defraud Ford Motor Credit and obtain property by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did use and cause to be used in interstate commerce wire communications containing writings, signs, signals, and pictures in furtherance of the scheme, including causing an electronic submission of a fraudulent credit application to Ford Motor Credit, located in Greenville, South Carolina, using the name and identifying information of J.D. without permission, in order to attempt to purchase motor vehicles by fraudulent means.

In violation of Title 18, United States Code, Section 1343.

## COUNT 2
## AGGRAVATED IDENTITY THEFT

On or about March 8, 2019, in the Houston Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

## STEVEN NGUYEN

during and in relation to a felony violation of Title 18, United States Code, Section 1343, Wire Fraud, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit: the name and social security number of J.D.

All in violation of Title 18, United States Code, Section 1028A.

## COUNT 3

## POSSESSION OF 15 OR MORE COUNTERFEIT
## OR UNAUTHORIZED ACCESS DEVICES

On or about March 26, 2019, in the Houston Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

## STEVEN NGUYEN

knowingly and with intent to defraud, possessed counterfeit and unauthorized access devices as defined in subsection (e)(3), said possession affecting interstate and foreign commerce, in that the defendant attempted to transport said devices through the Houston Bush Airport.

All in violation of Title 18, United States Code, Section 1029(a)(3) and (c)(1)(A).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
United States Attorney

By: _____
Michael E. Day
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas   77002
(713) 567-9000 Phone
(713) 718-3300 Fax